THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED G. PURDY, Appellant, *v.* CYRUS C. MILLER, as President of the Borough of the Bronx, in the City of New York, Respondent.

*People ex rel. Purdy* v. *Miller,* 148 App. Div. 893, affirmed.

(Argued January 8, 1913; decided January 28, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 22, 1911, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the position of inspector of sewers.

*Hugh Gordon Miller* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Clarence L. Barber* and *Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.